IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACOB WILSON,  :
TY CARTS,  :
LEWIS GROVE,  :
COLIN KRIEGER,  :
BRANDEN RONALD,  :
Individually and on behalf of all other  :
Similarly situated individuals,  :
    Plaintiffs  :  No. 4:17-cv-00915
    :
v.  :  (Judge Kane)
    :
WINGS OVER HAPPY VALLEY  :
MDF, LLC d/b/a WINGS OVER  :
HAPPY VALLEY and  :
STEVEN C. MOREIRA,  :
    Defendants  :

## ORDER

**AND SO**, on this 16th day of January 2018, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiffs' motion to dismiss Defendants' counterclaims against Plaintiff Jacob Wilson (Doc. No. 11), is **GRANTED**;

2. Defendants' counterclaims against Plaintiff Wilson are **DISMISSED** without prejudice to Defendants' ability to refile those claims in state court;

3. Plaintiffs' motion for leave to file a first amended complaint (Doc. No. 10), is **DEEMED WITHDRAWN**;

4. Defendants' motion to strike Plaintiffs' motion for leave to file a first amended complaint (Doc. No. 16), is **DENIED AS MOOT**; and

5. This matter shall be scheduled for a case management conference by separate Order.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania