# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACob WILSON, : | |
| TY CARTS, : | |
| LEWIS GROVE, : | |
| COLIN KRIEGER, and : | |
| BRANDEN RONALD, : | |
| individually and on behalf of all : | |
| other similarly situated individuals, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | No. 4:17-cv-00915-YK |
| : | |
| WINGS OVER HAPPY VALLEY : | Honorable Yvette Kane |
| MDF, LLC d/b/a WINGS OVER : | |
| HAPPY VALLEY and : | |
| STEVEN C. MOREIRA, : | |
| : | |
| Defendants. : | |
| _____ : | |

## CONCURRED MOTION FOR LEAVE
## TO FILE FIRST AMENDED COMPLAINT

The Plaintiffs, Jacob Wilson, Ty Carts, Lewis Grove, Colin Krieger, and Branden Ronald, individually and on behalf of all other similarly situated individuals, by and through counsel, hereby file this Concurred Motion for Leave to File First Amended Complaint, stating in support thereof as follows:

I. **Factual Background**

  A. **Removal of Mr. Wilson as a Plaintiff**

1. Plaintiffs filed this collective and class action against Defendants Wings Over Happy Valley MDF, LLC and Steven C. Moreira on May 24, 2017. *Compl.*, ECF No. 1.

2. In their initial Complaint, Plaintiffs alleged that they worked as delivery drivers for Defendants Wings Over Happy Valley MDF, LLC and Mr. Moreira. *Id.* ¶¶ 1-5.

3. Plaintiffs further alleged that Wings Over Happy Valley MDF, LLC and Mr. Moreira wrongfully retained a portion of Plaintiffs' customer tips through an invalid "tipping pool." *Id.* ¶ 11.

4. Defendants filed their Answer on July 21, 2017.

5. In that Answer, Defendants asserted a bevy of Counterclaims against a single plaintiff, Jacob Wilson. *Answer* ¶¶ 76-100, ECF No. 9.

6. Due to the claims that were raised against him, Mr. Wilson later decided that he does not want to be a plaintiff in this lawsuit.

7. In the proposed First Amended Complaint, Mr. Wilson is thus removed as a plaintiff.

### B.     Addition of Wings Over Happy Valley, LLC

8. On January 17, 2018, Defendants' counsel notified the undersigned counsel that Wings Over Happy Valley MDF, LLC and Mr. Moreira sold the assets of their restaurant to Wings Over Happy Valley, LLC. A copy of counsel's letter is attached hereto as Exhibit 1.

9. Given that the restaurant is now owned and operated by Wings Over Happy Valley, LLC, and Plaintiffs' claims for relief are ongoing, the First Amended Complaint reflects the successor liabilities of Wings Over Happy Valley, LLC.

## II.     Legal Argument

10. Federal Rule of Civil Procedure 15(b) authorizes Plaintiffs to file an amended complaint with Defendants' concurrence. *See* Fed. R. Civ. P. 15(b) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave.").

11. Federal Rule of Civil Procedure 21 also indicates that a party may be dropped via motion or *sua sponte* action by the Court. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.").

12. A copy of the proposed First Amended Complaint is attached to the Motion as Exhibit 2; a red-lined version of the First Amended Complaint is attached to the Motion as Exhibit 3.

13. The First Amended Complaint removes Mr. Wilson as a plaintiff.

14. As this matter is still in its initial stages, and because the removal of Mr. Wilson does not alter this suit's underlying claims, Defendants will suffer no prejudice from the Court's granting of this Motion.

15. The First Amended Complaint also adds Wings Over Happy Valley, LLC as a defendant on the counts seeing relief under the FLSA.

16. This Court employs the federal common law standard for successor liability in FLSA matters. *Thompson v. Real Estate Mortg. Network*, 748 F.3d 142, 150 (3d Cir. 2014).

17. "That standard, which presents a lower bar to relief than most state jurisprudence, was designed to 'impos[e] liability upon successors beyond the confines of the common law rule when necessary to protect important employment-related policies' . . . ." *Id.* (quoting *Einhorn v. M.L. Ruberton Constr. Co.*, 632 F.3d 89, 94 (3d Cir. 2011)).

18. To establish relief against a successor under this framework, the Court considers only three factors:

>  (1) continuity in operations and work force of the successor and predecessor employers;

>(2) notice to the successor-employer of its predecessor's legal obligation; and
>(3) ability of the predecessor to provide adequate relief directly.

*Brzozowski v. Corr. Physician Servs., Inc.*, 360 F.3d 173, 178 (3d Cir. 2004) (quoting *Rego v. ARC Water Treatment Co. of Pa.*, 181 F.3d 396, 402 (3d Cir. 1999)).

19. Wings Over Happy Valley, LLC's ownership of the assets of the restaurant satisfies the criteria referenced above.

20. Indeed, as set forth in the Amended Complaint:

> 12. Since the aforementioned purchase, Defendant Wings Over Happy Valley, LLC has continued the Wings Over Happy Valley restaurant in every way, including, but not necessarily limited to, continuing to lease and operate out of the same space, continuing to employ the same employees, continuing to use and market the name "Wings Over Happy Valley," continuing to use the substantially same menu and food, continuing to use the same signage and branding, and continuing all other major operations of the restaurant as though the ownership transition never occurred.
>
> 13. In short, a passerby would not notice that the ownership of Wings Over Happy Valley has changed, as there have been no open signs of such a transition.
>
> 14. Defendant Wings Over Happy Valley MDF, LLC has limited ability to provide adequate relief for the remedies sought in this lawsuit, as Defendant Wings Over Happy Valley MDF, LLC is now non-operational.

*Am. Compl.* ¶¶ 12-14.

### III. Conclusion

21. For the foregoing reasons, Plaintiffs respectfully request that this Court grant the Concurred Motion for Leave to File Amended Complaint.

                Respectfully submitted,

                s/ *David S. Gaines, Jr.*
                David B. Consiglio
                I.D. No. PA72772
                David S. Gaines, Jr.
                I.D. No. PA308932
                MILLER, KISTLER & CAMPBELL
                720 South Atherton Street, Suite 201
                State College, PA 16801
                (814) 234-1500 TEL
                (814) 234-1549 FAX
                dconsiglio@mkclaw.com
                dgaines@mkclaw.com
                *Counsel for Plaintiffs*

Dated: January 30, 2018

## **CERTIFICATE OF CONCURRENCE**

I, David S. Gaines, Jr., certify that I contacted Defendants' counsel on January 26, 2018, to request concurrence to file the foregoing Motion for Leave to File Amended Complaint ("Motion"). Defendants' counsel indicated that he concurs with the filing of the Motion.

s/ *David S. Gaines, Jr.*
David S. Gaines, Jr.

Dated: January 30, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB WILSON, | : | |
| TY CARTS, | : | |
| LEWIS GROVE, | : | |
| COLIN KRIEGER, and | : | |
| BRANDEN RONALD, | : | |
| individually and on behalf of all | : | |
| other similarly situated individuals, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 4:17-cv-00915-YK |
| | : | |
| WINGS OVER HAPPY VALLEY | : | Honorable Yvette Kane |
| MDF, LLC d/b/a WINGS OVER | : | |
| HAPPY VALLEY and | : | |
| STEVEN C. MOREIRA, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I, David S. Gaines, Jr., hereby certify that, on this thirtieth day of January, 2018, I uploaded the foregoing Motion for Leave to File First Amended Complaint ("Motion") to this Court's case management and electronic case filing system and thereby served the Motion on Defendants.

                                                                                                            s/ *David S. Gaines*, *Jr.*
                                                                                                            David S. Gaines, Jr.

Dated: January 30, 2018