# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TY CARTS, <u>et al.</u>, individually and on behalf of all other similarly situated individuals,** | : : : : | |
| Plaintiffs | : : | No. 4:17-cv-00915 |
| v. | : : | (Judge Kane) |
| **WINGS OVER HAPPY VALLY MDF, LLC d/b/a WINGS OVER HAPPY VALLEY, <u>et al.</u>,** | : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 28th day of April 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiffs' Motion for Equitable Tolling of the FLSA Statute of Limitations (Doc. No. 93) is **DENIED**; and

2. Defendants' Motion for Leave to File Discovery to Supplement Defendants' Brief in Opposition to Plaintiffs' Renewed Motion for Equitable Tolling (Doc. No. 97) is **DENIED** as moot.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania